Form sumprtrl (12/03)

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

---

**In Re:**
Minh Vu Hoang and Thanh Hoang
Debtor(s)

Plaintiff(s)
Gary A. Rosen

Case No.: 05–21078
Chapter: 7

Adversary No.: 09–00853
Judge: Thomas J. Catliota

VS.

Defendant(s)
Gemini Title & Escrow, LLC
Law Offices of Craig A. Parker, LLC
Craig A. Parker

---

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the above named defendant(s):
Gemini Title & Escrow, LLC
Law Offices of Craig A. Parker, LLC
Craig A. Parker

You are hereby summoned and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

    Neal Goldfarb
    Butzel Long Tighe Patton PLLC
    1747 Pennsylvania Ave., N.W., Suite 300
    Washington, DC 20006

either a motion or an answer to the complaint which is now served upon you.

    If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

    The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

    YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

    2/10/10 at 10:00 AM

    6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770



Dec 21, 2009
*Mark D. Sammons*
**Clerk of the Bankruptcy Court**

Dated: 12/21/09

                                                *Mark D. Sammons*
                                                Clerk of the Bankruptcy Court

